FILED

04/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0719

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0719

_____

IN THE MATTER OF THE ESTATE OF:

WARREN DAN EDDLEMAN,                                        O R D E R

    Deceased.


_____


Pursuant to M. R. App. P. 16(5), the parties to this appeal have stipulated to the dismissal of the appeal by Appellant Morro Bay Ranch Limited Partnership.

IT IS THEREFORE ORDERED that this appeal is DISMISSED as to Appellant Morro Bay Ranch Limited Partnership. This appeal may proceed as to the other parties.

The Clerk is directed to provide a copy of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 30 2024